UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Willie Ames,<br><br>       Petitioner,<br><br>  -against-<br><br>The Prosecutor,<br><br>       Respondent. | 1:25-cv-00455 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  Pending before the Court is Respondent's motion to dismiss for lack of jurisdiction. (Motion to Dismiss, ECF No. 10.) In accordance with the February 13, 2025 Order to Answer, Petitioner was to file any reply papers within 30 days of being served with Respondent's response to the Petition. (Order to Answer, ECF No. 7.) As of the date of this Order, the Court has not received any further filing from Petitioner. If Petitioner wishes to respond to Respondent's motion, he shall do so no later than July 24, 2025. Otherwise, the Court will make its recommendation on the current papers.

SO ORDERED.

DATED:  New York, New York
      June 24, 2025

                    _____
                    STEWART D. AARON
                    United States Magistrate Judge