**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
WILLIE AMES,

                           Petitioner,             25 **CIVIL** 0455 (JHR) (SDA)

        -against-                              **JUDGMENT**

THE PROSECUTOR,

                         Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 31, 2025, the Court adopts the Report and Recommendation in its entirety and, for the reasons set forth therein, grants Respondent's motion to dismiss the Petition.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c); Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). Moreover, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that "any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is thus denied" for the purpose of an appeal; accordingly, the petition is dismissed and the case is closed.

**DATED:**  New York, New York
            November 3, 2025

                                    **TAMMI M. HELLWIG**
                               _____
                                         **Clerk of Court**

        **BY:**                         _____
                                        **Deputy Clerk**